## Commonwealth v. Yonko, Appellant.

Submitted September 17, 1974. *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Flora E. Roomberg, Mark Sendrow,* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Hahn v. National Union Life Insurance Company, Appellant.

Argued April 11, 1974. *John Edward Wall*, with him *Dickie, McCamey & Chilcote*, for appellant; *Robert B. Truel*, with him *Truel and Ploeger*, for appellee.

Judgment affirmed.

## McKiernan Appeal.

Argued November 14, 1974. *Francis J. Conte*, for appellant; *Robert J. Kelleher*, with him *Warren W. Bentz*, for appellee.

Judgment affirmed.